UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUGMAN,<br><br>        Petitioner,<br><br>v.<br><br>PATRICK EATON,<br><br>        Respondent. | Case No.: 3:22-cv-1350-RBM-LR<br><br>**ORDER:**<br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br>**(2) DENYING STAY UNDER *RHINES* AND GRANTING STAY PURSUANT TO *KELLY***<br>**(3) STAYING CASE**<br><br>[Docs. 6, 9] |

  Petitioner, a state prisoner represented by counsel, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Presently before the Court is Petitioner's Application to Hold Federal Habeas Petition in Abeyance Pending Exhaustion of Issues in State Court ("Motion to Stay"). (Doc. 6.) Respondent filed a Response that does not oppose the granting of a stay, but asserts the stay should be granted under *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003) and *King v. Ryan*, 564 F.3d 1133 (9th Cir. 2009) rather than under *Rhines v. Weber*, 544 U.S. 269 (2005) as requested by Petitioner. (Doc. 8.)

  Magistrate Judge Lupe Rodriguez, Jr. issued a Report and Recommendation ("R&R") on May 2, 2023 recommending that the Motion to Stay be denied as to a stay

under *Rhines* and granted as to a stay under *Kelly*. (Doc. 9.) Any objections to the R&R were required to be filed no later than May 17, 2023. (Doc. 9 at 9.)

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). The district judge must "make a *de novo* determination of those portions of the report . . . to which objection is made[,]" but not otherwise. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise.") (emphasis in original).

Neither party has filed any objections to the Magistrate Judge's R&R. Thus, having reviewed the R&R, the Court finds it thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** the Magistrate Judge's R&R in its entirety (Doc. 9); (2) **DENIES** a stay under *Rhines* and **GRANTS** a stay under *Kelly*; and (3) **STAYS** this case.

Petitioner is **DIRECTED** to file a status report no later than **August 17, 2023** and every ninety (90) days thereafter that details his progress toward exhaustion. The Clerk of Court will administratively close this case until further Order of this Court.

**IT IS SO ORDERED.**

Dated: May 19, 2023

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE